BLANCA B. SINGER, Appellant, v. ERIC RICHARD SINGER, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

BLASIO CARL ALEXANDER, Respondent, v. UNITED STATES TRUCKING CORP., Appellant. CORNELL CAB CORPORATION, Respondent, v. UNITED STATES TRUCK-ING CORP., Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WORLD STEEL PRODUCTS CORP., Respondent, v. WILLOW BUILDERS, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disburse-ments. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HOME OWNERS' LOAN CORPORATION, Respondent, v. GIOVANNI COLOMBO and Others, Defendants, Impleaded with ALFRED COLOMBO, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

TRI-MACHINE & TOOL CO., LTD., Appellant, v. DAVID MAYDOLE TOOL COR-PORATION, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

GEORGE COHAN, Respondent, v. BERTHA KING, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Unter-myer, JJ.

FLORENCE STANTON THOMSON, as Executrix, etc., of SAMUEL C. THOMSON, Deceased, Appellant, v. THE NEW YORK TRUST COMPANY, Respondent.— Order, so far as appealed from, unanimously modified by granting examination concern-ing items 9, 11 and 15 of plaintiff's notice of motion, without prejudice to an examination of C. J. Morrison and Florence Sterling after the conclusion of the examination of R. G. Forbes; and by requiring the production of defendant's books and papers pursuant to section 296 of the Civil Practice Act, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. (*Zeltner* v. *Fidelity & Deposit Co. of Maryland*, 220 App. Div. 21.) The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOHN W. SAXMAN and Another, Respondents, v. MAX GUTHART, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Unter-myer, JJ.